No. 8601. THE STATE OF MONTANA ex rel. FRANK J. ROE, County Attorney of Silver Bow County, Montana, RELATOR v. THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT OF THE STATE OF MONTANA, in and for the COUNTY OF SILVER BOW, RESPONDENTS.

Decided April 25, 1945.

Ex parte application and petition for a writ of supervisory control or other remedial writ was presented in open court this day by attorney for relator, Philip O'Donnell, Esq.

The matter was taken under advisement.

It is hereby ordered that petition for writ of supervisory control or other remedial writ be denied. By order of the court.

For Relator, *Mr. Philip O'Donnell,* of Butte, Montana.

No. 8604. STATE OF MONTANA, PLAINTIFF AND RESPONDENT, v. MOLLIE KONOLD, DEFENDANT AND APPELLANT.

Decided May 7, 1945.

It is hereby ordered that appellant's motion to dismiss the above entitled cause be granted and the said cause is dismissed.

For Appellant, *Mr. H. C. Crippen,* of Billings, Montana.

For Respondent, *Mr. Melvin Hoiness,* of Billings, Montana; *Mr. R. V. Bottomly,* of Helena, Montana.